**No. 43520.**—Protests 793209–G, etc., of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the claim at 40 percent under paragraph 339 was sustained as to vases, boxes, cups, bowls, candlesticks, trays, jars, etc.

**No. 43521.**—Protest 767755–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel candlesticks classified at 65 percent ad valorem under paragraph 397 were held dutiable as household utensils plated with silver at 50 percent under paragraph 339, and incense burners classified at 45 percent under paragraph 397 were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and Abstract 29958 followed.

**No. 43522.**—Protest 721968–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel chromium picture frames, trays, bookends, blotting case with pad to match, rolling tables, cordial table, and desk file and penholder were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43523.**—Protest 748092–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the claim at 40 percent under paragraph 339 was sustained as to certain articles.

**No. 43524.**—Protest 20084–K of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the paperweights in question are similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.